UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN LEE,<br><br>      Plaintiff,<br><br>-against-<br><br>MATTHEW F. COOPER, A Justice for the New York Supreme Court of the State of New York, in his individual and personal capacity as well as a State Actor for the State of New York,<br><br>      Defendant. | 21-CV-5879 (LTS)<br><br>CIVIL JUDGMENT |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Pursuant to the order issued July 14, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number ECF 1:21-CV-5266, 1 (LTS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  July 14, 2021
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge